

# NUMBER 13-08-00679-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSE DAVID FLORES CEDILLO,** Appellant,

**v.**

**THE STATE OF TEXAS,** Appellee.

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Jose David Flores Cedillo, attempted to appeal from a purported order entered by the 275th District Court of Hidalgo County on November 3, 2008. On December 2, 2008, the Clerk of this Court notified appellant that it appeared that there is no final, appealable judgment. The Clerk advised that if the defect was not cured within ten days

from the date of receipt of the Court's letter, the appeal would be dismissed for want of jurisdiction. To date, the appellant has failed to file a response as requested by this Court's notice.

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish. *See* Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 29th day of January, 2009.